B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kobra Properties, a California general partnership | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-0358425 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3001 Lava Ridge Ct, Ste 300, Roseville, CA<br><br>ZIP CODE 95661 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Placer | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Roseville, CA  Placer County | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 13-21180    Filed 01/30/13    Doc 1

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Kobra Properties, a California partnership |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>Attached | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____<br>
      (Name of landlord that obtained judgment)

      _____<br>
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Case 13-21180   Filed 01/30/13   Doc 1

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Kobra Properties, a California partnership |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Paul Ward* (signature)<br>Signature of Attorney for Debtor(s)<br><br>*PAUL J. WARD*<br>Printed Name of Attorney for Debtor(s)<br><br>*LAW OFFICES PAUL WARD*<br>Firm Name<br><br>*3007 LAVA RIDGE COURT*<br>*#300 ROSEVILLE CA 95661*<br>Address<br><br>*916-746-0645*<br>Telephone Number<br><br>*1/29/13*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Abdul Mohammad*<br>Signature of Authorized Individual<br><br>*ABE MOHAMADI*<br>Printed Name of Authorized Individual<br><br>*General Partner*<br>Title of Authorized Individual<br><br>*1-30-2013*<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

The following entities are being listed out of the abundance of caution as potentially affiliated based
On common ownership. However, these entities are no longer affiliated by common control of business
And are nit believed to be technically affiliated:

Taxpayer ID

KEFS, LLC, a California limited liability company                                          33-0358425
Case No. 11-35250 filed June 20, 2011, Eastern District of California
Honorable Christopher M. Klein

STONEVIEW OFFICE, LLC, a California limited liability company                20-2926165
Case No. 11-35257 filed June 20, 2011, Eastern District of California
Honorable Christopher M. Klein

FAIRWAY COMMONS II, LLC, a California limited liability company            20-2928134
Case No. 11-35255 filed June 20, 2011, Eastern District of California
Honorable Christopher M. Klein

EUREKA RIDGE, LLC, a California limited liability company                       20-2927860
Case No. 11-35256 filed June 20, 2011, Eastern District of California
Honorable Christopher M. Klein

KOBRA PETROLEUM I, LLC, a California limited liability company             68-0455368
Case No. 11-23348 filed February 10, 2011 Eastern District of California;
Honorable Christopher M. Klein

KOBRA PROPERTIES, a California General Partnership                              33-0358425
Case No 2008-37271-C-11 filed November 25, 2008 Eastern District of California
Honorable Christopher M. Klein

VERNON STREET ASSOCIATES, LLC a California limited liability company   20-2666528
Case No 2008-37273-C-11 filed November 25, 2008 Eastern District of California
Honorable Christopher M. Klein

KOBRA PRESERVE, LLC a California limited liability company                    20-3161918
Case No. 200838105-C-11 filed November 25, 2008 Eastern District of California
Honorable Christopher M. Klein

ROCKY RIDGE CENTER, LLC a California limited liability company            26-1431897
Case No. 2008-38105-C-11 filed December 9, 2008 Eastern District of California
Honorable Christopher M. Klein

DOUGLAS POINTE, LLC a California limited liability company                    20-1476548
Case No. 2009-32854-C-11 filed June 23, 2009 Eastern District of California;
Honorable Christopher M. Klein

SIERRA VALLEY ASSOCIATES, INC, a California corporation                     20-541-7336
Case No. 2009-40212 filed September 18, 2009 Eastern District of California;
Honorable Christopher M. Klein

CENTRAL VALLEY FOOD SERVICE INC., a California corporation             68-0154873
Case No. 2009-40214 filed September 18, 2009  Eastern District of California;

## KOBRA PROPERTIES, A CALIFORNIA GENERAL PARTNERSHIP
### ACTION BY UNANIMOUS WRITTEN CONSENT OF ALL MEMBERS

November 19, 2008

The undersigned, being all of the Members of the above-named General Partnership, individually and collectively certify that the Operating Agreement of the Company authorized the Members to act by majority consent without a meeting. Pursuant to the applicable sections of the California General Corporation Law and the applicable sections of the Operating Agreement of the Company, the undersigned hereby consent to the adoption of the following resolutions and to transact the following business of the Company without a meeting as of the date shown above.

WHEREAS, it is in the best interest of this Company to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 11 of the Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that the Members, and any other person so authorized by the Company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Members of the Company, and any other person so authorized by the Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Members of the Company, and any other person so authorized by the Company, are authorized and directed to employ the law firm of Shulman Hodges & Bastian LLP to represent the Company in such bankruptcy case.

SAID RESOLUTION is still in full force and effect.

KOBRA PROPERTIES, a California general partnership

By _____
Abolghassem Alizadeh,
Its General Partner

By _____
Kobra Alizadeh,
Its General Partner

G:\Wp\Cases\K-L\Kobra\Kobra Properties General Partnership\Consent to Filing.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| **KOBRA PROPERTIES, a California general partnership,** | Chapter **11** |
| Debtor. | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Frayji Design Group Inc<br>1316 Blue Oaks Blvd<br>Roseville, CA 95678 | Frayji Design Group Inc<br>Attn Corp Officer or Agent<br>1316 Blue Oaks Blvd<br>Roseville, CA 95678<br><br>Tel: 916-782-3000 | Review & Process Engineering<br><br>Date Incurred: 5/13/2008 | | $598,469.00 |
| CB Richard Ellis<br>File #056411 Location #2341<br>Los Angeles, CA 90084 | CB Richard Ellis<br>Attn Terry Busch<br>File #056411 Location #2341<br>Los Angeles, CA 90084<br><br>Tel: 9167814807 | Date Incurred: Various | | $453,097.53 |
| LP Consulting Engineers Inc<br>895 W Ashlan Ave #101<br>Clovis, CA 93612 | LP Consulting Engineers Inc<br>Attn Corp Officer or Agent<br>895 W Ashlan Ave #101<br>Clovis, CA 93612<br><br>Tel: 559-348-2130 | Engineering<br><br>Date Incurred: 10/31/2007 | | $198,000.00 |
| Calpo Hom & Dong Architects Inc<br>2120 20th Street Suite 1<br>Sacramento, CA 95818 | Calpo Hom & Dong Architects Inc<br>Attn Corp Officer or Agent<br>2120 20th Street Suite 1<br>Sacramento, CA 95818<br><br>Tel: 916-446-7741 | Architectural<br><br>Date Incurred: 10/24/2006 | | $174,882.37 |
| Borges Architectural Group Inc<br>1508 Eureka Road Suite 150<br>Roseville, CA 95661 | Borges Architectural Group Inc<br>Attn Corp Officer or Agent<br>1508 Eureka Road Suite 150<br>Roseville, CA 95661<br><br>Tel: 916-782-7200 | Architectural<br><br>Date Incurred: 3/31/2008 | | $170,143.21 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Rauschenbach Marvelli & Becker 2277 Watt Avenue 2nd Flr Sacramento, CA 95825 | Rauschenbach Marvelli & Becker & Assoc Inc 2277 Watt Avenue 2nd Flr Sacramento, CA 95825  Tel: 916-488-8500 | Architects Proj#A05-113.H  Date Incurred: 11/8/2007 | | $146,878.82 |
| McCullough Construction Co Inc 8128 Zionsville Road Indianapolis, IN 46268 | McCullough Construction Co Inc Attn Corp Officer or Agent 8128 Zionsville Road Indianapolis, IN 46268  Tel: 317-872-4733 | 02/08 Ti 9715#1270  Date Incurred: 3/4/2008 | | $99,116.00 |
| Williams + Paddon 2237 Douglas Blvd Ste 160 Roseville, CA 95661 | Williams + Paddon Architects + Planners Inc 2237 Douglas Blvd Ste 160 Roseville, CA 95661  Tel: 916-786-8178 | Architectural  Date Incurred: 8/3/2007 | | $58,666.33 |
| US Metro Group 3171 W Olympic Blvd Suite 553 Los Angeles, CA 90006 | US Metro Group Attn Corp Officer or Agent 3171 W Olympic Blvd Suite 553 Los Angeles, CA 90006  Tel: 213-382-6435 | 05/08 Janitorial  Date Incurred: 7/29/2008 | | $53,370.67 |
| Golden Valley Engineering 405 W 19th Street Merced, CA 95341 | Golden Valley Engineering and Surveying Inc 405 W 19th Street Merced, CA 95341  Tel: 209-722-3200 | Engineering - Merced Gateway  Date Incurred: 11/30/2007 | | $52,508.60 |
| Creekside Oaks Common Area 1750 Creekside Oaks Dr Ste 210 Sacramento, CA 95833 | Creekside Oaks Common Area c/o Brandywine Realty Trust 1750 Creekside Oaks Dr Suite 210 Sacramento, CA 95833  Tel: 916-286-4249 | 2nd Qtr Cam Rec  Date Incurred: 4/21/2008 | | $41,506.61 |
| Que Parsi | Que Parsi  Tel: | Commission  Date Incurred: 5/6/2008 | | $30,000.00 |
| Caulfield Davies & Donahue LLP 1 Natomas Street Folsom, CA 95630 | Caulfield Davies & Donahue LLP Attn Corp Officer or Agent 1 Natomas Street Folsom, CA 95630  Tel: 916-817-2900 | Wesco Distribution V Kobra  Date Incurred: 6/24/2008 | | $27,261.00 |
| Gordon Rogers & Company Inc 915 Highland Pointe Dr Suite 470 Roseville, CA 95678 | Gordon Rogers & Company Inc Attn Corp Officer or Agent 915 Highland Pointe Dr Suite 470 Roseville, CA 95678  Tel: 916-772-2550 | Architectural  Date Incurred: 4/11/2008 | | $27,244.53 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Dell Financial Services<br>4307 Collection Center Dr<br>Chicago, IL 60693 | Dell Financial Services<br>Payment Processing Center<br>4307 Collection Center Dr<br>Chicago, IL 60693<br><br>Tel: 877-671-3355 | Computer Equipment<br><br>Date Incurred: 12/19/2007 | | $27,227.42 |
| Foothill Associates<br>590 Menlo Drive Suite 1<br>Rocklin, CA 95765 | Foothill Associates<br>Attn Corp Officer or Agent<br>590 Menlo Drive Suite 1<br>Rocklin, CA 95765<br><br>Tel: 916-435-1202 | Environmental Consulting<br><br>Date Incurred: 2/18/2008 | | $23,995.81 |
| Steven Crouch Landscape<br>127 Linda Dr<br>Roseville, CA 95678 | Steven Crouch Landscape<br>Attn Corp Officer or Agent<br>127 Linda Dr<br>Roseville, CA 95678<br><br>Tel: 916-772-0901 | Design & Print Costs<br><br>Date Incurred: 6/10/2008 | | $23,713.73 |
| Bianco Landscape Management<br>1420 E Roseville Pkwy<br>Suite 140-345<br>Roseville, CA 95661 | Bianco Landscape Management<br>Attn Corp Officer or Agent<br>1420 E Roseville Pkwy<br>Suite 140-345<br>Roseville, CA 95661<br><br>Tel: 916-521-1314 | 06/30/08 Repair All Irr Drip<br><br>Date Incurred: 6/30/2008 | | $21,524.50 |
| Valley Communications Incorporated<br>6921 Roseville Rd<br>Sacramento, CA 95842 | Valley Communications Incorporated<br>Attn Corp Officer or Agent<br>6921 Roseville Rd<br>Sacramento, CA 95842<br><br>Tel: 916-349-7300 | Communications Cabling<br><br>Date Incurred: 11/21/2005 | | $21,268.62 |
| Gene Fong Associates<br>1130 Westwood Blvd<br>Los Angeles, CA 90024 | Gene Fong Associates<br>Architecture Planning Interiors<br>1130 Westwood Blvd<br>Los Angeles, CA 90024<br><br>Tel: 310-209-7520 | Professional Fee Embassy Suite<br><br>Date Incurred: 9/24/2008 | | $21,206.38 |

I, Abolghassem Alizadeh, an authorized agent of the general partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Dated: November 24, 2008

KOBRA PROPERTIES, a general partnership

By _____
Abolghassem Alizadeh,
Its General Partner

G:\Wp\Cases\K-L\Kobra\Kobra Properties General Partnership\Petition-Schedule 20 Largest CA.doc