JUDITH C. HOTZE, State Bar No. 123725
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-21180-C-11 |
| | DC No. UST-1 |
| Kobra Properties, a California general partnership, | Date: August 28, 2013<br>Time: 10:00 a.m.<br>Dept.: C, Judge Christopher M. Klein<br>Courtroom: 35, 6th floor |
| Debtor, | |

### MOTION OF THE UNITED STATES TRUSTEE FOR ORDER DISMISSING CASE

The Acting United States Trustee ("**UST**") hereby moves the court for an order dismissing this case. This motion is supported by the Memorandum of Points and Authorities and the Declaration of Laurie Brugger ("the Brugger Declaration"), filed herewith. The grounds for the motion are as follows:

**(1) Diminution of the estate and absence of a reasonable likelihood of rehabilitation.** The Debtor lost its most valuable asset, the "Blue Oaks property," to foreclosure. The only

1

remaining asset, the "Cavitt Stallman Rd. property," appears to be of inconsequential value. The Debtor has no funds.

**(2) Delinquent operating report.** The Debtor failed to file a monthly operating report for June, 2013.

**(3) Delinquent quarterly fee.** The Debtor failed to pay the quarterly fee for the first quarter of 2013 in the amount of $325.28 (including interest).

Executed at Sacramento, California on July 22, 2013.

Respectfully submitted,

/s/ Judith C. Hotze
JUDITH C. HOTZE
Attorney for the Acting
United States Trustee

E-Filer: Judith C. Hotze
Direct Phone: (916) 930-2087
E-Mail: judy.c.hotze@usdoj.gov